UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KENNETH GAYNOR, individually and on behalf of all others similarly situated, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 3:15-CV-545-TAV-HBG |
| DELOY MILLER, et al., | ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to 28 U.S.C. § 636(b), it is hereby **ORDERED** that Plaintiff's Motion for Order Deeming Defendant Gerald Hannahs Served or, in the Alternative, to Extend Time to Serve, and Memorandum in Support Thereof [Doc. 54] is hereby **REFERRED** to Magistrate Judge H. Bruce Guyton, for his consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE