UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KENNETH GAYNOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEPLOY MILLER, *et al.*,<br><br>Defendants. | ) | No. 3:15-cv-545 |

---

| | | |
|---|---|---|
| MARCIA GOLDBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEPLOY MILLER, *et al.*,<br><br>Defendants. | ) | No. 3:15-cv-546 |

---

| | | |
|---|---|---|
| LEWIS COSBY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEPLOY MILLER, *et al.*,<br><br>Defendants. | ) | No. 3:16-cv-121 |

**ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned cases are related. Specifically, the above-captioned cases allege that the Defendants overstated the value of certain assets in financial documents, which the Plaintiffs relied on to purchase shares. All three Plaintiffs bring suit pursuant to §§ 11 and 15 of the Securities Act, along with various other alleged violations. Moreover, all three lawsuits name similar Defendants. See E.D. Tenn. L.R. 3.2(d)(3)(A)(2). Accordingly, these cases are related.

The Court previously found that Goldberg v. Miller *et al.*, No. 3:15-cv-546 was related to another case Arlow v. Miller Energy Resources, Inc., *et al.*, 3:11-cv-00386, and the Court assigned Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley Jr., to preside over these cases. Because the earlier case, Arlow v. Miller Energy Resources, Inc., *et al.*, 3:11-cv-00386 was assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley Jr., Cosby v. Miller, *et al.*, No. 3:16-cv-121 will be also assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley, Jr. The Clerk of Court **SHALL** refer Gaynor v. Miller, No. 3:15-cv-545 to the Chief District Judge for reassignment. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge