UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KENNETH GAYNOR, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>DELOY MILLER, et al.,<br><br>Defendants. | ) | No.: 3:15-CV-545-TAV-CCS |
| MARCIA GOLDBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOY MILLER, et al.,<br><br>Defendants. | ) | No.: 3:15-CV-546-TAV-CCS |
| GABRIEL R. HULL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOY MILLER, et al.,<br><br>Defendants. | ) | No.: 3:16-CV-232-TAV-CCS |

**ORDER**

Pursuant to 28 U.S.C. § 636(b), it is hereby **ORDERED** that defendants Aegis Capital Corp., Dominick & Dominick LLC, I-Bankers Securities, Inc., Ladenburg

Thalmann & Co. Inc., Maxim Group, LLC, MLV & Co. LLC, National Securities Corporation, Northland Securities, Inc., and Williams Financial Group's Motion and Incorporated Memorandum of Law in Support of Consolidation of Related Cases [3:15-cv-545 Doc. 62; 3:15-cv-546 Doc. 62; 3:16-cv-232 Doc. 61] is hereby **REFERRED** to Magistrate Judge C. Clifford Shirley, Jr., for his consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE