**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CIVIL MINUTES**

**Case No.:** 3:15-cv-545
3:15-cv-546
3:16-cv-121
3:16-cv-232

**At:** Knoxville, TN

**Date:** October 25, 2016

**Style: Kenneth Gaynor et al., vs. Deloy Miller, et al.,**

---

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | Terri Grandchamp | Ashley Arnold |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Law Clerk** |

Stephen Astley
Al Holifield
**Attorneys for Plaintiffs**

Paul Davidson
Tera Rica Murdock
Margaret Keeley
Jeffery Yarbro
Stephen Marcum
Robert David Weber (telephone)
**Attorneys for Defendants**

**Others present:** Scott Boruff (pro se defendant)

**Proceedings:** The parties presented before the Court for a scheduled Status Conference. The parties advised the Court as to the status of this case. Counsel and the Court addressed consolidation of these matters, and a schedule for filing an amended complaint and dispositive motions. All deadlines will be contained within an order to follow.

**Time:** 1:30 p.m. **to** 2:20 p.m.