UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KENNETH GAYNOR, et al., Plaintiffs, v. DELOY MILLER, et al., Defendants. | ) | No.: 3:15-CV-545-TAV-CCS |
| | ) | *Lead Case Consolidated with* |
| MARCIA GOLDBERG, et al., Plaintiffs, v. DELOY MILLER, et al., Defendants. | ) | No.: 3:15-CV-546-TAV-CCS |
| | ) | *as consolidated with* |
| GABRIEL R. HULL, et al., Plaintiffs, v. DELOY MILLER, et al., Defendants. | ) | No.: 3:16-CV-232-TAV-CCS |

**ORDER**

This civil action is before the Court on the parties' Joint Motion To Exceed Page Limitation [Doc. 93]. Plaintiffs and defendants MLV & Co. LLC, Williams Financial Group, Maxim Group LLC, National Securities Corporation, Aegis Capital Corp., Northland Capital Markets, Dominick & Dominick, LLC (n/k/a Dominick & Dickerman LLC), Ladenburg Thalmann & Co. Inc. (n/k/a Ladenburg Thalmann Financial Services Inc.), and I-

Bankers Securities, Inc. (collectively "underwriter defendants") assert that they need additional pages for the filing of their respective motion to dismiss and response thereto, based upon the extended briefing schedule, number of parties involved, and complexity of the action.

Local Rule 7.1(b) states that briefs "shall include a concise statement of the factual and legal grounds which justify the ruling sought from the Court" and "shall not exceed 25 pages in length unless otherwise ordered by the Court." Having reviewed the record in this case, and for good cause shown, the Court hereby **GRANTS** the parties' Joint Motion To Exceed Page Limitation [Doc. 93].

Underwriter defendants may file a memorandum of law in support of their motion to dismiss in excess of the page limit provided for in Local Rule 7.1(b), but not to exceed forty (40) pages. Plaintiffs may file a response to underwriter defendants' motion to dismiss in excess of the page limit provided for in Local Rule 7.1(b), but not to exceed forty (40) pages.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE