**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| KENNETH GAYNOR, et al., Individually and on Behalf of All Others Similarly Situated, | ) | Case No. 3:15-cv-545-TAV-CCS |
| Plaintiff, | ) | **(Consolidated)** |
| v. | ) | |
| DELOY MILLER, et al., | ) | CLASS ACTION |
| Defendants. | ) | |

# UNDERWRITER DEFENDANTS' MOTION TO DISMISS THE MASTER CONSOLIDATED COMPLAINT

Defendants MLV & Co. LLC, Williams Financial Group, Maxim Group LLC, National Securities Corp., Aegis Capital Corp., Northland Capital Markets, Dominick & Dominick LLC,[1] Ladenburg Thalmann & Co. Inc., and I-Bankers Securities, Inc. (collectively, the "Underwriter Defendants"), respectfully move this Court to dismiss Plaintiffs' Master Consolidated Complaint in its entirety with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The grounds for this motion are as follows:

(a) Plaintiffs' Complaint makes clear that their alleged losses were not caused by the purported misstatements and omissions on which they rely;

(b) Plaintiffs lack standing to assert a viable Section 12(a)(2) claim because they have not pled and cannot establish privity with any underwriter;

[1] Now known as Dominick & Dickerman LLC.

(c) Plaintiffs' Section 11 claim should be dismissed because the Underwriter Defendants reasonably relied on the expertise of auditors and engineers; and

(d) Plaintiffs do not present a viable Section 11 claim because, among other reasons, they have not and cannot trace their share purchases to any of the specific offerings at issue and, thus, lack standing.

As support for this motion, the Underwriter Defendants rely on the accompanying memorandum in support, supporting declaration and exhibits filed contemporaneous herewith.

Dated: February 21, 2017.

Respectfully submitted,

*/s/ Margaret A. Keeley*

Steven M. Farina (admitted *pro hac vice*)
Margaret A. Keeley (admitted *pro hac vice*)
Amanda M. MacDonald (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
sfarina@wc.com
mkeeley@wc.com
amacdonald@wc.com

W. Brantley Phillips, Jr. (BPR # 018844)
Jeffrey P. Yarbro (BPR # 024207)
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-7793
bphillips@bassberry.com
jyarbro@bassberry.com

Shayne R. Clinton (BPR # 026245)
**BASS, BERRY & SIMS PLC**
1700 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902
(865) 521-6200
sclinton@bassberry.com

*Attorneys for Underwriter Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all persons indicated on the electronic filing receipt. In addition, we have mailed copies of the foregoing to the following:

Scott M. Boruff
5628 Lyons View Pike
Knoxville, TN 37919

Gerald Hannahs
17710 Leatha Lane
Little Rock, AR 72223

David J. Voyticky
2652 Midvale Avenue
Los Angeles, CA 90064

William B. Richardson
1058 Encantado Dr.
Santa Fe, NM 87501

Paul W. Boyd
8125 Ainsworth Dr.
Knoxville, TN 37909

*Defendants*

*/s/ Margaret A. Keeley*