UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KENNETH GAYNOR, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | No.: 3:15-CV-545-TAV-CCS<br><br>*Lead Case Consolidated with* |
| MARCIA GOLDBERG, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | No.: 3:15-CV-546-TAV-CCS<br><br>*as consolidated with* |
| GABRIEL R. HULL, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | No.: 3:16-CV-232-TAV-CCS |

**ORDER**

Pursuant to 28 U.S.C. § 636(b), it is hereby **ORDERED** that the Motion to Certify Class [3:15-cv-545 ("Gaynor") [Doc. 130]; 3:15-cv-546 ("Goldberg") [Doc. 123]; 3:16-cv-232 ("Hull") [Doc. 128]] is **REFERRED** to the Honorable Debbie Poplin, United

States Magistrate Judge, for her consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE