UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KENNETH GAYNOR, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:15-CV-545-TAV-CCS<br><br>*Lead Case Consolidated with* |
| MARCIA GOLDBERG, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:15-CV-546-TAV-CCS<br><br>*as consolidated with* |
| GABRIEL R. HULL, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:16-CV-232-TAV-CCS |

**ORDER**

This civil action is before the Court on the parties' joint motion to temporarily stay the case pending mediation [Doc. 168]. The parties state that they have scheduled a mediation to take place on Friday, August 17, 2018 [*Id.* p. 1]. The parties seek to stay the case for thirty days from August 6, 2018, and adjust the pending deadlines accordingly.

In light of the parties' agreement, the Court **GRANTS** the parties' motion [Doc. 168]. This action is hereby **STAYED** until **October 1, 2018**. The parties are **ORDERED** to file a joint status report on the progress of mediation within **thirty (30) days** following the entry of this Order.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE