UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KENNETH GAYNOR, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:15-CV-545-TAV-CCS<br><br>*Lead Case Consolidated with* |
| MARCIA GOLDBERG, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:15-CV-546-TAV-CCS<br><br>*as consolidated with* |
| GABRIEL R. HULL, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:16-CV-232-TAV-CCS |

**ORDER**

Before the Court is parties' Joint Status Report [Doc. 171]. The Court previously stayed this case until October 1, 2018, and ordered the parties to file a joint status report within thirty days of entry of that order [Doc. 170]. The parties now advise that negotiations are ongoing and propose to file an additional status report indicating whether

the parties have reached a settlement or, alternatively, whether additional time is requested.

The Court finds that additional time would be beneficial in pursuit of settlement. As such, this action will remain **STAYED** until **December 3, 2018**. The parties are **ORDERED** to file a joint status report on the progress of negotiations on or about **November 16, 2018**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE