UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KENNETH GAYNOR, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:15-CV-545-TAV-CCS<br><br>*Lead Case Consolidated with* |
| MARCIA GOLDBERG, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:15-CV-546-TAV-CCS<br><br>*as consolidated with* |
| GABRIEL R. HULL, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:16-CV-232-TAV-CCS |

**ORDER**

Before the Court is parties' Joint Status Report [Case No. 3:15-cv-545, Doc. 174; Case No. 3:15-cv-546, Doc. 167; Case No. 3:16-cv-232, Doc. 172]. The Court previously stayed this case until December 3, 2018, and ordered the parties to file a joint status report on or about November 16, 2018 [Case No. 3:15-cv-545, Doc. 172; Case No. 3:15-cv-546,

Doc. 165; Case No. 3:16-cv-232, Doc. 170]. The parties did so, advising the court that negotiations were ongoing, and proposing to file an additional status report on or about December 3, 2018 [Case No. 3:15-cv-545, Doc. 173; Case No. 3:15-cv-546, Doc. 166; Case No. 3:16-cv-232, Doc. 171]. Now, the parties again advise that negotiations are still ongoing and request a 45-day extension to the stay to allow the parties to continue negotiating a settlement. The parties propose to file an additional status report indicating whether the parties have reached a settlement or, alternatively, proposing a new scheduling order.

The Court finds that additional time would be beneficial in pursuit of settlement. As such, this action will remain **STAYED** until completion of the parties' settlement negotiations. The parties are **ORDERED** to file a joint status report on the progress of negotiations at **sixty (60) day intervals** following the entry of this order. The parties are further **DIRECTED** to advise the Court whether the stay in this matter should be lifted following either the parties' agreed settlement or decision to proceed to trial, within **ten (10) days** of any such decision.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE