UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KENNETH GAYNOR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-545-TAV-DCP |
| | ) | |
| DELOY MILLER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | *Lead Case Consolidated with* |
| _____ | ) | |
| MARCIA GOLDBERG, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-546-TAV-DCP |
| | ) | *as consolidated with* |
| | ) | |
| DELOY MILLER, *et al.*, | ) | No. 3:16-CV-232-TAV-DCP |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw as Attorney of Record for Defendant Aegis Capital Corporation [Doc. 176]. Specifically, the attorneys from Eversheds Sutherland (US) LLP ("Eversheds Sutherland") and Bass, Berry & Sims PLC ("Bass Berry") request an order from the Court permitting their withdrawal as counsel of record for Defendant Aegis Capital Corporation ("Aegis"). For grounds, the Motion states that conflicts have arisen in the course of the attorney-client relationship that preclude further representation in this matter and constitute extraordinary circumstances under Local Rule 83.4(g). The Court observes that on February 1, 2019, Attorney

1

Wayne Ritchie, II, of the firm Ritchie, Dillard, Davies & Johnson, P.C., filed a Notice of Appearance [Doc. 178] on behalf of Aegis.

Because continuity of counsel is ensured, the Court finds the Motion to Withdraw as Attorney of Record for Defendant Aegis Capital Corporation [**Doc. 176**] well taken, and it is **GRANTED**. The attorneys with Eversheds Sutherland and Bass Berry are **RELIEVED** of their duties as counsel for Aegis, and Attorney Wayne Ritchie with Ritchie, Dillard, Davies & Johnson, P.C., is hereby **SUBSTITUTED** as counsel of record for Aegis

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge