UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KENNETH GAYNOR, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:15-CV-545-TAV-CCS<br><br>*Lead Case Consolidated with* |
| MARCIA GOLDBERG, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:15-CV-546-TAV-CCS<br><br>*as consolidated with* |
| GABRIEL R. HULL, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DELOY MILLER, *et al.*,<br><br>Defendants. | ) | No.: 3:16-CV-232-TAV-CCS |

## ORDER

This civil action is before the Court on periodic review. This Court ordered the parties to judicially-hosted mediation before the Hon. Christopher H. Steger, United States Magistrate Judge, on April 19, 2019 [Doc. 182].[1] Magistrate Judge Steger filed a

[1] Because the cases have been consolidated, the Court cites exclusively to documents filed in *Gaynor, et al., v. Miller, et al.*, No. 3:15-cv-545.

mediator's report to the court on September 11, 2019, indicating that mediation was terminated without settlement [Doc. 183]. This case has been stayed since August 2018 [Doc. 170] without settlement.

Upon review of the record in this case, the Court finds that the stay currently in effect is no longer required. Accordingly, the Clerk of Court is **DIRECTED** to **LIFT** the stay in this matter. The Court further **ORDERS** that the jury trial in this matter is **RESCHEDULED** for **Tuesday, July 7, 2020, at 9:00 a.m.**, and the final pretrial conference is **RESCHEDULED** for **Tuesday, June 30, 2020, at 1:30 p.m.** Any unexpired scheduling deadlines as of the time the case was stayed, being August 9, 2018, shall be applied as calculated from the new trial date and according to the same time limitations set forth in the Court's original Scheduling Order [Doc. 75].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE